UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Xavier Acosta,<br><br>　　　Petitioner<br><br>v.<br><br>State of Nevada,<br><br>　　　Respondent | Case No. 2:25-cv-02503-JAD-NJK<br><br>**Order Instructing Petitioner to File<br>28 U.S.C. § 2254 Petition**<br><br>[ECF No. 1] |

　　*Pro se* Petitioner Xavier Acosta has filed a Motion for Leave to Proceed *In Forma Pauperis* ("IFP"), in which he states that he is pursuing federal habeas relief.[1] However, Acosta has not filed a federal habeas petition.[2]

　　IT IS THEREFORE ORDERED that Acosta must file a 28 U.S.C. § 2254 Petition on or before January 30, 2026,.

　　The Clerk of the Court is instructed to **SEND** Acosta a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with instructions.

　　Dated: January 2, 2026

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.

[2] Because Acosta is in custody pursuant to a state-court judgment of conviction, the proper basis for his federal habeas claims is under 28 U.S.C. § 2254.